# UNITED STATES BANKRUPTCY COURT
## District of Delaware
## 824 Market Street, 3rd Floor
## Wilmington, DE 19801

**In Re:**                                           **Chapter:** 7

James Alford Osborn III

107 Veronica Lane
Bear, DE 19701

**SSN:** xxx–xx–7302                                 **Case No.:** 26–10684–BLS

### CERTIFICATION OF CLERK AND ORDER OF DISMISSAL
### FOR FAILURE TO TIMELY FILE REQUIRED DOCUMENTS

The undersigned Deputy Clerk of the above Court certifies that:

1. The above–entitled case was filed on 5/6/26, without all documentation necessary to complete the filing.

2. The clerk issued a notice concerning deficiency to the debtors and the debtor(s) attorney stating the deadline for filing the required documents, schedules, statements and/or lists and advising that failure to cure the deficiency would result in the dismissal of the case; or an order was entered granting an extension of time to file such documents, and

3. As of this date, some or all of the required documents have not been filed with the Clerk of Court.

Dated: 5/29/26

Stephen L Grant, Clerk of Court

Lesa Neal,

_____
Deputy Clerk

### ORDER

Based on the foregoing Certification to Rule of Bankruptcy Procedure 1006 and 1007 and Local Rule 1017–1, **IT IS HEREBY ORDERED**, that the above–entitled case is **DISMISSED**.

**Date Order Signed: 5/29/26**

Dated: 5/29/26
(VAN–315)

Brendan Linehan Shannon
U.S Bankruptcy Judge

United States Bankruptcy Court

District of Delaware

In re:                                                                                    Case No. 26-10684-BLS

James Alford Osborn, III                                                                  Chapter 7

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0311-1                          User: admin                              Page 1 of 4

Date Rcvd: May 29, 2026                       Form ID: van315                          Total Noticed: 66

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 31, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | James Alford Osborn, III, 107 Veronica Lane, Bear, DE 19701-1754 |
| 21038818 | | AMERICAN STORAGE, 1929 PULASKI HIGHWAY, WILMINGTON, DE 19805 |
| 21038815 | | AMICA, 15 SOUTH MONROE STREET, 4TH FLOOR, SANDY, UT 84070 |
| 21038819 | + | BURLINGTON COUNTY BRIDGE, P.O. BOX 4971, TRENTON, NJ 08650-4971 |
| 21038821 | + | CARVANT FINANCIAL LLC, 211 ROBBINS LANE, SYOSSET, NY 11791-6004 |
| 21038794 | + | CHILD SUP ENFRCMT, OFFICE OF DIRECTOR, PO B0X 11223, WILMINGTON, DE 19850-1223 |
| 21038795 | | DE DEPARTMENT OF TRANSPORATION, P.O. BOX 697, DOVER, DE 19903-0697 |
| 21038797 | + | DELAWARE RIVER AND BAY AUTH, P.O. BOX 4971, TRENTON, NJ 08650-4971 |
| 21038798 | + | DELAWARE STATE POLICE, PO BOX 1783, BALTIMORE, MD 21203-1783 |
| 21038800 | | DEPARTMENT OF FINANCE WILM, P.O. BOX 15377, WILMINGTON, DE 19850-5377 |
| 21038801 | + | DHSS, CHURCHAMN'S CORPORATE CEN, 84A CHRISTIANA RD, NEW CASTLE, DE 19720-2223 |
| 21038802 | + | DHSS, PO BX 15012, WILMINGTON, DE 19850-5012 |
| 21038785 | + | ERIN IRBY, 31 LANSDOWNE RD, BURLINGTON, NJ 08016-2966 |
| 21038787 | + | FLANAGAN BARONE & O'BRIEN, 4 ESSEX AVE, SUITE 200, P O BOX 259, BERNARDSVILLE, NJ 07924-0259 |
| 21038814 | + | JAMES A OSBORN, Ill, 107 VERONICA LANE, BEAR, DE 19701-1754 |
| 21038793 | + | JOSEPH STIMPHIL, C/O JAMES MESCALL, 80 MAIN ST, STE 360, WEST ORANGE, NJ 07052-5438 |
| 21038774 | | LAFAYETTE FEDERAL CRED, 3535 UNIVERSITY BLVD, ROCKVILLE, MD 20850 |
| 21038823 | + | MARTIN J WEIS, DILWORTH PAXSON LLP, 1500 MARKET STREET, PHILADELPHIA, PA 19102-2100 |
| 21038783 | + | NEW JERSEY CHILD SUPPOR, NJ DFD/OCSS, PO BOX 716, TRENTON, NJ 08625-0716 |
| 21038769 | + | OFFICE OF CHILD SUPPORT, DEPT HUMAN SERVICES, PO BX 716, Trenton, NJ 08625-0716 |
| 21038771 | | PAY BY PLATE MA, P.O. BOX 847840, BOSTON, MA 02284-7840 |
| 21038772 | + | PEGGY SIMPSON, 53 BRIAR CLIFF, NEW CASTLE, DE 19720-1303 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: RASEBN@raslg.com | May 29 2026 20:07:00 | U.S. Bank Trust National Association, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004, UNITED STATES 30004-2001 |
| 21038824 | + | Email/Text: bankruptcy@acima.com | May 29 2026 20:07:00 | ACIMA CREDIT, 9815 SOUTH MONROE STREET, 4TH FLOOR, SANDY, UT 84070-4384 |
| 21038816 | + | Email/PDF: AffirmBKNotifications@resurgent.com | May 29 2026 20:15:16 | AFFIRM , INC., ATTN: BANKRUPTCY, 650 CALIFORNIA ST, FL 12, SAN FRANCISCO, CA 94108-2716 |
| 21038817 | | Email/Text: bankruptcy@afg.com | May 29 2026 20:07:00 | ALLIANCE FUNDING GROUP, 17542 17TH STREET, SUITE 200, TUSTIN, CA 92780 |
| 21038820 | + | EDI: CAPITALONE.COM | May 30 2026 00:08:00 | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 21038822 | + | EDI: CITICORP | May 30 2026 00:08:00 | CITIBANK/THE HOME DEPOT ,, CITICORP CR SRVS/CENTRALIZEd, PO BOX 790040, ST LOUIS, MO 63179-0040 |

| | | | |
|---|---|---|---|
| 21038804 | + Email/Text: bankruptcy@philapark.org | May 29 2026 20:07:00 | CITY OF PHILADELPHIA PARKING, P.O. BOX 41819, PHILADELPHIA, PA 19101-1819 |
| 21038805 | EDI: COMCASTCBLCENT | May 30 2026 00:08:00 | COMCAST BUSINESS, 676 ISLAND POND RD, MANCHESTER, NH 03109-4840 |
| 21038807 | + EDI: WFNNB.COM | May 30 2026 00:08:00 | COMENITY BANK/TRWRDSV, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 21038808 | + EDI: WFNNB.COM | May 30 2026 00:08:00 | COMENITY CAPITAL/BJSCLB, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 21038806 | + EDI: WFNNB.COM | May 30 2026 00:08:00 | COMENITY CAPITAL/GOOD SAMS, ATTN: BANKRUPTCY, PO BOX 182120, COLUMBUS, OH 43218-2120 |
| 21038810 | + EDI: CCS.COM | May 30 2026 00:08:00 | CREDIT COLLECTION SERVICES, ATTN: BANKRUPTCY, 725 CANTON ST, NORWOOD, MA 02062-2679 |
| 21038809 | + EDI: CCS.COM | May 30 2026 00:08:00 | CREDIT COLLECTION SERVICE, 725 CANTON STREET, NORWOOD, MA 02062-2679 |
| 21038811 | + EDI: CCS.COM | May 30 2026 00:08:00 | CREDIT COLLECTION SERVICES, 725 CANTON STREET, NORWOOD, MA 02062-2679 |
| 21038812 | + EDI: CMIGROUP.COM | May 30 2026 00:08:00 | CREDIT MANAGEMENT LP, 6080 TENNYSON PARKWAY, SUITE 100, PLANO, TX 75024-6002 |
| 21038813 | + Email/PDF: creditonebknotifications@resurgent.com | May 29 2026 20:15:19 | CREDIT ONE BANK, B'ANKRUPTCY DEPARTMENT, PO BOX 98873, LAS VEGAS, NV 89193-8873 |
| 21038799 | + Email/Text: bankruptcy@pepcoholdings.com | May 29 2026 20:07:00 | DELMARVA POWER, PO BOX 13609, PHILADELPHIA, PA 19101-3609 |
| 21038803 | + EDI: DISCOVER | May 30 2026 00:08:00 | DISCOVER FINANCIAL, ATTN: BANKRUPTCY, PO BOX 3025, NEW ALBANY, OH 43054-3025 |
| 21038796 | + Email/Text: REV_Bankruptcy_General@state.de.us | May 29 2026 20:07:00 | DIVISION REVENUE, 820 N FRENCH ST, 8TH FL, WILMINGTON, DE 19801-3509 |
| 21038776 | EDI: CITICORP | May 30 2026 00:08:00 | MACYS/FDSB, ATTN: BANKRUPTCY, 9111 DUKE BOULEVARD, MASON, OH 45040 |
| 21038878 | + Email/Text: michael.brittingham@delaware.gov | May 29 2026 20:07:00 | Department of Labor, Division of Unemployment Insurance, P.O. Box 9953, Wilmington, DE 19809-0953 |
| 21038784 | + Email/Text: ECMCBKNotices@ecmc.org | May 29 2026 20:07:00 | ECMC, POB 16408, SAINT PAUL, MN 55116-0408 |
| 21038786 | + EDI: AMINFOFP.COM | May 30 2026 00:08:00 | FIRST PREMIER BANK, ATTN: BANKRUPTCY, 3820 N LOUISE AVE, SIOUX FALLS, SD 57107-0145 |
| 21038788 | + Email/Text: Atlanticus@ebn.phinsolutions.com | May 29 2026 20:07:00 | FORTIVA, ATTN: BANKRUPTCY, PO BOX 105555, ATLANTA, GA 30348-5555 |
| 21038789 | EDI: LCIICSYSTEM | May 30 2026 00:08:00 | I.C. SYSTEMS INC., PO BOX 64378, SAINT PAUL, MN 55164-0378 |
| 21038790 | EDI: IRS.COM | May 30 2026 00:08:00 | INTERNAL REVENUE SERVICE, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 21038792 | EDI: JEFFERSONCAP.COM | May 30 2026 00:08:00 | JEFFERSON CAPITAL SYSTEMS LLC, 16 MCLELAND RD, SAINT CLOUD, MN 56303 |
| 21038775 | + Email/PDF: resurgentbknotifications@resurgent.com | May 29 2026 20:15:16 | LVNV FUNDING, PO BOX 10587, |

| | | | |
|---|---|---|---|
| District/off: 0311-1 | | User: admin | Page 3 of 4 |
| Date Rcvd: May 29, 2026 | | Form ID: van315 | Total Noticed: 66 |

| | | | |
|---|---|---|---|
| | | | GREENVILLE, SC 29603-0587 |
| 21038777 | + EDI: MERCEDES | May 30 2026 00:08:00 | MERCEDES - BENZ FINANCIAL, ATTN: BANKRUPTCY, P.O. BOX 685, ROANOKE, TX 76262-0685 |
| 21038778 | + Email/PDF: MerrickBKNotifications@Resurgent.com | May 29 2026 20:15:16 | MERRICK BANK/CCHOLDINGS, ATTN: BANKRUPTCY, P.O. BOX 9201, OLD BETHPAGE, NY 11804-9001 |
| 21038779 | + Email/Text: bankruptcydpt@mcmcg.com | May 29 2026 20:07:00 | MIDLAND CREDIT, PO BX 2037, WARREN, MI 48090-2037 |
| 21038781 | + EDI: NFCU.COM | May 30 2026 00:08:00 | NAVY FCU, ATTN: BANKRUPTCY, PO BOX 3000, MERRIFILED, VA 22119-3000 |
| 21038780 | + EDI: NFCU.COM | May 30 2026 00:08:00 | NAVY FCU, ATTN: BANKRUPTCY, PO BOX 3000, MERRIFIELD, VA 22119-3000 |
| 21038782 | ^ MEBN | May 29 2026 20:04:44 | NEW JERSEY ATTORNEY GENERAL, RICHARD J. HUGHES JUSTIC, 25 MARKET STREET, PO BOX 112, TRENTON, NJ 08625-0112 |
| 21038767 | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | May 29 2026 20:07:00 | NEW JERSEY TURNPIKE, 1 TURNPIKE PLAZA, PO BX 5042, WOODBRIDGE, NJ 07095 |
| 21038768 | + EDI: TDBANKNORTH.COM | May 30 2026 00:08:00 | NORDSTROM FSB, ATTN: BANKRUPTCY, PO BOX 6555, ENGLEWOOD, CO 80155-6555 |
| 21038876 | + Email/Text: Bankruptcy@newcastlede.gov | May 29 2026 20:07:00 | New Castle County/Law, Attention: Bill Weisel, 87 Reads Way, New Castle, DE 19720-1648 |
| 21038770 | + EDI: AGFINANCE.COM | May 30 2026 00:08:00 | ONE MAIN FINANCIAL, ATTN: BANKRUPTCY, PO BOX 3251, EVANSVILLE, IN 47731-3251 |
| 21038773 | Email/Text: bankruptcies@penncredit.com | May 29 2026 20:07:00 | PENN CREDIT CORPORATION, 2800 COMMERCE DRIVE, HARRISBURG, PA 17110 |
| 21038831 | + Email/PDF: ebnotices@pnmac.com | May 29 2026 20:15:21 | PENNYMAC LOAN SERVICES, ATTN: CORRESPONDENCE UNIT, PO BOX 514387, LOS ANGELES, CA 90051-4387 |
| 21038832 | EDI: PRA.COM | May 30 2026 00:08:00 | PORTFOLIO RECOVERY ASSOC, PO BOX 41067, NORFOLK, VA 23541 |
| 21038833 | + EDI: Q3G.COM | May 30 2026 00:08:00 | QUANTUM3, PO BOX 788, KIRKLAND, WA 98083-0788 |
| 21038877 | + Email/Text: REV_Bankruptcy_General@state.de.us | May 29 2026 20:07:00 | State of Delaware, Division of Revenue, 820 N. French Street, 8th Floor, Wilmington, DE 19801-3509 |
| 21047181 | + Email/Text: RASEBN@raslg.com | May 29 2026 20:07:00 | U.S. Bank Trust National Association, Robertson, Anschutz, Schneid, & Crane PL, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |

TOTAL: 44

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 21038791 | *+ | IRS, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

District/off: 0311-1

Date Rcvd: May 29, 2026

User: admin

Form ID: van315

Page 4 of 4

Total Noticed: 66

**in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 31, 2026                                Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 29, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David W. Carickhoff | carickhoff@chipmanbrown.com  DE20@ecfcbis.com |
| Rosa Selmani | on behalf of Creditor U.S. Bank Trust National Association rselmani@raslg.com |
| U.S. Trustee | USTPRegion03.WL.ECF@USDOJ.GOV |

TOTAL: 3